454 A.2d 181

Commonwealth v. Waring, Appellant.
Petition for Allowance of Appeal
Denied March 22, 1983.

Submitted October 27, 1982. Allan M. Tabas, for appellant; Gaele M. Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and POPOVICH, JJ.

Judgment of sentence affirmed.